IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

FEB 1 4 2007

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) 8:06CR390 |
| Plaintiff, | ) |
| | ) ORDER FOR |
| vs. | ) WRIT OF HABEAS CORPUS AD |
| | ) TESTIFICANDUM FOR |
| TYRONE DAVIS, | ) MICHAEL MCKINNEY |
| | ) |
| Defendant. | ) |

This matter comes before the Court upon the United States' Application for Writ of Habeas Corpus Ad Testificandum for MICHAEL MCKINNEY (Filing No. _____).

IT IS ORDERED that a Writ of Habeas Corpus Ad Testificandum be issued.

DATED this ___14___ day of February, 2007.

_____
F. A. GOSSETT
United States Magistrate Judge

1 cert copy USA, USM      Writ issued 2/15/07