UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 8:06CR390 |
| ) | |
| vs. ) | **AMENDED FINAL ORDER OF** |
| ) | **FORFEITURE** |
| ) | |
| TYRONE DAVIS, ) | |
| ) | |
| Defendant. ) | |

NOW ON THIS 29th day of June, 2007, this matter comes on before the Court upon the United States' Motion to Amend Final Order of Forfeiture and Memorandum Brief. The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On March 23, 2007, this Court entered a Preliminary Order of Forfeiture (Filing No. 52), forfeiting the Defendant's interest in $2,940.00 in United States Currency. On June 4, 2007, this Court entered a Final Order of Forfeiture (Filing No. 59), forfeiting the $2,940.00 in United States Currency to the United States.

2. Since the entry of the Final Order of Forfeiture, the United States Federal Bureau of Investigation informed the United States Attorney's Office $90.00 of the $2,940.00 was Nebraska State Patrol "buy money". The United States should not have sought its forfeiture. Rather, the correct amount of currency to be forfeited in this case should be $2,850.00.

3. The Plaintiff's Motion to Amend Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The Plaintiff's Motion to Amend Final Order of Forfeiture is hereby sustained.

B.  All right, title and interest in and to the $2,850.00 in United States currency, held by any person or entity, is hereby forever barred and foreclosed.

C.  The $2,850.00 in United States currency, be, and the same hereby is, forfeited to the United States of America .

D.  The United States Marshal for the District of Nebraska is directed to dispose of said property in accordance with law.

DATED this 29th day of June, 2007

**BY THE COURT:**

s/ Joseph F. Bataillon
**JOSEPH F. BATAILLON, CHIEF JUDGE**
**United States District Court**